Jaime Aguirre-Olivas,               )
                                    )        *E-FILED - 8/10/12*
            Petitioner,             )
                                    )
      v.                            )
                                    )        Case Nos.   C-12-03908-DLJ
                                    )                    CR-10-00319-DLJ
                                    )
                                    )        **ORDER**
UNITED STATES OF AMERICA,           )
                                    )
            Respondent.             )
_____)

    On June 28, 2011 Defendant Jaime Aguirre-Olivas (Aguirre-

Olivas) was sentenced to 42 months in prison for a violation of 8

U.S.C. § 1326, Illegal Re-entry.  On July 16, 2012, Aguirre-Olivas

filed a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or

Correct his sentence.

    The Motion claim ineffective assistance of counsel alleging

that at the sentencing counsel for defendant failed to correctly

address defendant's prior convictions.  Aguirre-Olivas also

contends that counsel was ineffective in that he claims counsel

caused him to waive his right to appeal.

    The Court hereby Orders that the government respond to this

Motion on or before September 10, 2012.


    IT IS SO ORDERED


Dated: August 9, 2012              _____

                                   D. Lowell Jensen
                                   United States District Judge

Copy of Order Mailed on <u>8/10/12</u> to:

**Jaime Aguirre-Olivas**
#20912-298
FCI Victorville 1
PO Box 3725
Adelanto, CA 92301

*Pro Se Party*

E-Filed to Government Counsel